# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Hale, Harlin D. | Bankruptcy Court - NDTX | 04/29/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  United States Bankruptcy Judge | 5a. Report Type (check appropriate type)  ☐ Nomination  Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2019  to  12/31/2019 |
|---|---|---|

**7. Chambers or Office Address**

United States Bankruptcy Court
1100 Commerce Street - #1254
Dallas, Texas 75242-1496

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Board of Advisors | George W. & Jean H. Pugh Institute |
| 2. Visiting Judicial Faculty | Southern Methodist University Dedman School of Law |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hale, Harlin D. | 04/29/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2019 | Southern Methodist University Dedman School of Law (teaching) | $22,500.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | Dallas Independent School District |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | George Mason University Foundation, Inc. | 01/23 - 01/26/2019 | Islamorada, FL | Attend Education Series for Judges | Transportation, food, lodging |
| 2. | Texas State Bar Bankruptcy Section | 04/17 - 04/19/2019 | Austin, TX | Speaker at Bankruptcy Conference | Transportation, food, lodging |
| 3. | Texas State Bar Bankruptcy Section | 05/31/2019 | Houston, TX | Speaker at Bankruptcy Conference | Transportation, food, lodging |
| 4. | University of Texas at Austin | 07/24 - 07/26/2019 | Houston, TX | Speaker at Bankruptcy Conference | Transportation, food, lodging |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hale, Harlin D. | 04/29/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hale, Harlin D. | 04/29/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.   Cross Keys Bank | A | Interest | J | T | | | | | |
| 2.   BSJ Bancshares, Inc. Stock | C | Dividend | L | T | | | | | |
| 3.   Blue Cross FCU account | A | Interest | K | T | | | | | |
| 4.   Belt West Ltd. Partnership | | None | J | U | | | | | |
| 5.   Edward Jones IRA (H) | | | | | | | | | |
| 6.   - Home & Hearth Ltd. P'Ship | | None | J | W | | | | | |
| 7.   - Miller Co. Ltd. P'Ship | | None | J | W | | | | | |
| 8.   - Capital Income Builder Fund A | A | Int./Div. | J | T | | | | | |
| 9.   - Fundamental Investors Fund A | A | Int./Div. | K | T | | | | | |
| 10.   - Growth Fund of America CL A | A | Int./Div. | J | T | | | | | |
| 11.   - Income Fund of America Fund A | A | Int./Div. | K | T | | | | | |
| 12.   - New Economy Fund CL A | A | Int./Div. | J | T | | | | | |
| 13.   - New Perspective Fund CL A | A | Int./Div. | J | T | | | | | |
| 14.   - Washington Mutual Invs Fund CL A | A | Int./Div. | J | T | | | | | |
| 15.   - BridgeBuilder Large Growth | A | Int./Div. | J | T | | | | | |
| 16.   - iShares S&P Small-Cap 600 Value ETF | A | Int./Div. | J | T | | | | | |
| 17.   - Vanguard Value ETF | A | Int./Div. | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hale, Harlin D. | 04/29/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.    - Hartford World Bond Fund | A | Int./Div. | J | T | | | | | |
| 19.    - MainStay Mackay High Yield Corp R6 | A | Int./Div. | J | T | | | | | |
| 20.    - JPM U.S. Govt. Money Market Capital | A | Int./Div. | J | T | | | | | |
| 21.    Bank of America | A | Interest | J | T | | | | | |
| 22.    Wells Fargo | A | Interest | L | T | | | | | |
| 23. | | | | | | | | | |
| 24.    EDWARD JONES Brokerage Account (H) | | | | | | | | | |
| 25.    - Edward Jones Cap World Growth &<br>Income Fund CLA | B | Dividend | K | T | | | | | |
| 26.    - Edward Jones Tax Exempt Bond Fund<br>Amer CLA | B | Dividend | K | T | | | | | |
| 27.    - Exxon Mobil | C | Dividend | L | T | | | | | |
| 28.    Texas Federal Credit Union | A | Interest | J | T | | | | | |
| 29.    Investment Property - Carrollton, TX -<br>Assessed Value of $159,161 | B | Interest | M | S | | | | | |
| 30.    Edward Jones Savings | A | Interest | K | T | | | | | |
| 31.    House - St. Joseph, LA - Assessed Value of<br>$36,000 | | None | K | S | | | | | |
| 32.    Beneficiary IRA - CrossKeys Bank | A | Interest | K | T | | | | | |

| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hale, Harlin D.** | 04/29/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The investment property listed on line 29 of part VII is a condominium in Carrollton, Texas that ▒▒▒ purchased on April 1, 2015. ▒▒▒▒▒▒ owes ▒ for the portion of the purchase price that ▒ paid, and ▒ paid ▒ interest on this obligation in 2019. The interest was reported on our federal income tax return as income.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Harlin D. Hale**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544